## Case No. 9,790.

MORDECAI et al. v. The MARY EDDY.

District Court, D. South Carolina.

MARITIME LIEN — DEFINITION — DISTINGUISHED FROM EQUITABLE LIEN.

[MAGRATH, District Judge, cites from The Young Mechanic, Case No. 18,180, the remark by Judge Curtis wherein he distinguished a maritime from an equitable lien, and adopted the definition by Pothier of an hypothecation, as an accurate description of a maritime lien under our law,—"the right which a creditor has in a thing of another, which right consists in the power to cause that thing to be sold in order to have the debt paid out of the price,"— and adds that a maritime lien, in general, gives no right to the creditor to take possession; that is executed by the suit in rem.]

[Nowhere reported: opinion not now accessible. The above statement of the point determined was taken from Cohen's Adm. Law, 202.]